[No. 27592-5-I.  Division One.  March 15, 1993.]

PO-LING CHOU, ET AL, *Appellants*, v. CHEN MAN-LI,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 87-2-00812-6, Donald D. Haley, J., entered Octo-

ber 25, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Grosse, JJ.